# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# (WESTERN DIVISION)

| | |
|---|---|
| REWC LAND MANAGEMENT, INC., )<br>PLAINTIFF, )<br> )<br>v. )<br> )<br>CARBON FILTRATIONS SYSTEMS, )<br>INC. )<br>DEFENDANT. )<br>_____ ) | Case No: 3:19-cv-30057 |

## AFFIDAVIT OF SERVICE

I, **MICHAEL E. MACDONALD**, Attorney for the Plaintiff, **REWC LAND MANAGEMENT, INC.**, hereby certify that I served the Summons and Complaint upon the Defendant, **CARBON FILTRATIONS SYSTEMS, INC.**, by mailing it certified mail number, return receipt requested 7013 3020 0001 3791 5329 and 7013 3020 0001 3791 5336 on April 2, 2019, a copy of the return receipt information is attached hereto as *Exhibit A*.

Respectfully submitted:

REWC LAND MANAGEMENT, INC.

By: /s/ Michael E. MacDonald
Michael E. MacDonald, Esquire
Law Office of Michael E. MacDonald
Post Office Box 1145
Pittsfield, MA 01202-1145
Telephone Number:   (413) 629-2042
Facsimile Number:   (413) 499-5813
BBO Number:   310610
Email: mike.macdonald@petricca.com

Dated: May 30, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of May, 2019, I filed and served this document through the ECF system and served a copy by First Class Mail upon all parties of record. The document is available for viewing and/or downloading from the ECF System.

Richard B. Lumley, Esquire
**BURNS & LEVINSON LLP**
One Citizens, Plaza, Suite 1100
Providence, RI 02903

/s/ Michael E. MacDonald
Michael E. MacDonald

## **EXHIBIT A**

5/15/2019                                       USPS.com® - USPS Tracking® Results

# USPS Tracking®             FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

**Tracking Number:** 70133020000137915329                                Remove ✕

Your item was delivered to an individual at the address at 10:43 am on April 8, 2019 in JOHNSTON, RI 02919.

## ⊘ Delivered

April 8, 2019 at 10:43 am
Delivered, Left with Individual
JOHNSTON, RI 02919

Get Updates ∨

---

Text & Email Updates                                                     ∨

---

Tracking History                                                         ∨

---

Product Information                                                      ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

5/15/2019                                              USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

**Track Another Package +**

Remove ✕

**Tracking Number:** 70133020000137915336

**Expected Delivery on**

# MONDAY

# 8 APRIL 2019 ⓘ    by 8:00pm ⓘ

## ✓ Delivered

April 8, 2019 at 10:50 am
Delivered
BOSTON, MA 02205

Get Updates ∨

---

Text & Email Updates                                                 ∨

---

Tracking History                                                     ∨

---

Product Information                                                  ∨

---

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.